**PARSONS BEHLE & LATIMER**
BRIAN M. ROTHSCHILD (SBN 252573)
BRothschild@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:   801.536.6111

Attorneys for Plaintiff First Utah Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST UTAH BANK, a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE STAR USA LLC; a California limited liability company; MAULESH C. DESAI, an individual; FALGUNI A. SONI, an individual; PRAHLAD R. PATEL, an individual,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT – SETTLEMENT AGREEMENT**<br><br>Date:      December 16, 2025<br>Judge: Judge<br>Magistrate: Judge |

Plaintiff First Utah Bank (the "Bank" or "Plaintiff"), by and through its undersigned counsel, and in support of its claims for relief against defendants Blue Star USA LLC ("Blue Star" or Borrower"), Maulesh C. Desai ("Desai"), Falguni A. Soni ("Soni"), and Prahlad R. Patel ("Patel") (Desai, Soni, and Patel are collectively referred to herein as "Defendants"), alleges as follows.

## **PARTIES**

1.     Plaintiff is a Utah corporation with its principal place of business in Salt Lake City, Utah.

2. Blue Star is a California limited liability company with its principal place of business in Hesperia, California. The members of Blue Star are Desai, Soni, and Patel—all of whom are citizens of California for diversity jurisdiction purposes, as set forth herein.

3. Desai is an individual residing in the State of California. Desai resides in Murrietta, California, and, upon information and belief, Desai has an intent to remain indefinitely in the State of California. Because Desai's domicile is in the State of California, he is a citizen of California for diversity jurisdiction purposes.

4. Soni is an individual residing in the State of California. Soni resides in Apple Valley, California, and, upon information and belief, Soni has an intent to remain indefinitely in the State of California. Because Soni's domicile is in the State of California, he is a citizen of California for diversity jurisdiction purposes.

5. Patel is an individual residing in the State of California. Patel resides in Anaheim, California, and, upon information and belief, Patel has an intent to remain indefinitely in the State of California. Because Patel's domicile is in the State of California, he is a citizen of California for diversity jurisdiction purposes.

## JURISDICTION AND VENUE

6. This Court has subject-matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

7. This Court has personal jurisdiction over Defendants because they reside in the State of California or are entities organized in the State of California, as applicable.

8. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in this judicial district.

## GENERAL ALLEGATIONS

*Defendants' Breach of the Settlement Agreement*

9. Plaintiff and Defendants were parties to a lawsuit before this Court styled *First Utah Bank v. Blue Star USA LLC, et al.*, Case No. 5:25-cv-01195 (the "Prior Lawsuit"). The Prior Lawsuit involved Plaintiff's claims that Defendants had breached various loan documents and personal guaranties.

10. On or about October 1, 2025, Plaintiff and Defendants entered into a Mutual Release and Settlement Agreement (the "Settlement Agreement"), under which Defendants promised to make a settlement payment of $950,000 on or before December 10, 2025 (the "Settlement Payment"), in exchange for a release of liability and dismissal of claims in the Prior Lawsuit. A true and correct copy of the Settlement Agreement is attached as **Exhibit 1**.

11. In the event Defendants failed to timely make the Settlement Payment, Defendants agreed that a Stipulated Judgment could be entered against them in the amount of $1,116,795.34 as of August 27, 2025, with per diem interest of $276.44 per day (the "Stipulated Judgment"). (*See* Settlement Agreement, § 7, and Exhs. A and A.1 thereto.)

12. Defendants failed to make the Settlement Payment on or before December 10, 2025. Accordingly, Defendants are in breach of the Settlement Agreement and a Stipulated Judgment should be entered against them pursuant to Section 7 of the Settlement Agreement.

13. The Settlement Agreement also provides for the recovery of attorneys' fees and costs to the prevailing party in a lawsuit. (Settlement Agreement, § 20.)

## FIRST CLAIM FOR RELIEF
### (Breach of Contract – Settlement Agreement)

14. Plaintiff incorporates by reference the allegations in the foregoing paragraphs as if fully set forth herein.

15. The Settlement Agreement is a valid and enforceable agreement between Plaintiff and Defendants.

16. The Bank performed all of its obligations under the Settlement Agreement, dismissing the Prior Lawsuit as agreed.

17. Defendants breached their combined obligation under the Settlement Agreement to make the $950,000 Settlement Payment on or before December 10, 2025.

18. As a result of Defendants' breach of the Settlement Agreement, Plaintiff is entitled to a Stipulated Judgment against Defendants, jointly and severally, in the amount of $1,116,795.34 as of August 27, 2025, with per diem interest of $276.44 per day.

19. Plaintiff is also entitled to recover its attorneys' fees and costs incurred herein pursuant to the Settlement Agreement.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this Court for a judgment in its favor and against Defendants as follows:

A. The Court, on the First Claim for Relief, enter judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $1,116,795.34 as of August 27, 2025, with per diem interest of $276.44 per day;

B. Entry of the Stipulated Judgment executed by Defendants in favor of Plaintiff;

C. Plaintiff's attorneys' fees and costs incurred herein; and

D. For such other and further relief as the Court deems just and equitable.

Dated: December 17, 2025         **PARSONS BEHLE & LATIMER**

By: /s/ *Brian M. Rothschild*
Brian M. Rothschild
Attorneys for Plaintiff First Utah Bank